# In the United States Court of Federal Claims

**NOTICE**

**CARTWRIGHT INTERNATIONAL VAN LINES, INC., et al.**

**No. 08-229 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., March 31, 2008**

To Attorney of Record, Assistant Attorney General and Judge Horn:

Please take notice that in the above case, there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the District of Columbia, Case No. 07-1454 (EGS), consisting of certified copies of the district court docket sheet, order of transfer, and the memorandum opinion.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

John S. Buckley
ACTING CLERK OF COURT