FILED
MAR 31 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARTWRIGHT INTERNATIONAL VAN LINES, INC., *et al.*,

Plaintiffs,

v.

LURITA ALEXIS DOAN, Administrator of General Services Administration,

Defendant.

Civ. No. 07-1454 (EGS)

08-229 C

**ORDER**

Pending before the Court is plaintiffs' Motion for a Preliminary Injunction and defendant's Motion to Dismiss or in the Alternative to Transfer the Case to the Court of Federal Claims. Upon consideration of the Motions, the responses and replies thereto, the applicable law, and the entire record, and for the reasons articulated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that plaintiffs' Motion for a Preliminary Injunction is **DENIED**; and it is

**FURTHER ORDERED** that defendant's Motion to Dismiss is **DENIED**; and it is

**FURTHER ORDERED** that defendant's Motion to Transfer this Case is **GRANTED**; and it is

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By [signature]
Deputy Clerk

**FURTHER ORDERED** that this case shall be transferred to the Court of Federal Claims.

**SO ORDERED.**

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**December 5, 2007**