CLOSED, TRANSFERRED, TYPE-D

08-229C

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-01454-EGS**
**Internal Use Only**

CARTWRIGHT INTERNATIONAL VAN LINES, INC. et al v. DOAN
Assigned to: Judge Emmet G. Sullivan
Cause: 05:0706 Judicial Review of Agency Actions

Date Filed: 08/13/2007
Date Terminated: 12/05/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**CARTWRIGHT INTERNATIONAL VAN LINES, INC.** represented by **Alan F. Wohlstetter**
DENNING & WOHLSTETTER
888 17th Street, NW
Suite 700
Washington, DC 20006
(202) 833-8884
Fax: 202-833-8886
Email: awohlstetter@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FOREMOST FORWARDERS, INC.** represented by **Alan F. Wohlstetter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LURITA ALEXIS DOAN**
*Administrator of the General Services Administration*
represented by **Robin Michelle Meriweather**
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7198
Fax: (202) 514-8780
Email: robin.meriweather2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By ______ Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2007 | 1 | COMPLAINT against LURITA ALEXIS DOAN ( Filing fee $ 350, receipt number 4616006120) filed by CARTWRIGHT INTERNATIONAL VAN LINES, INC., FOREMOST FORWARDERS, INC.. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 08/15/2007) |
| 08/13/2007 | | SUMMONS (3) Issued as to LURITA ALEXIS DOAN, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 08/15/2007) |
| 08/13/2007 | 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CARTWRIGHT INTERNATIONAL VAN LINES, INC., FOREMOST FORWARDERS, INC. (jf, ) (Entered: 08/15/2007) |
| 08/13/2007 | 3 | MOTION for Preliminary Injunction by CARTWRIGHT INTERNATIONAL VAN LINES, INC., FOREMOST FORWARDERS, INC. (Attachments: # 1 Memorandum w. Declarations# 2 Text of Proposed Order Preliminary Injunction# 3 Certificate of Counsel)(jf, ) (Entered: 08/15/2007) |
| 08/16/2007 | 4 | NOTICE of Appearance by Robin Michelle Meriweather on behalf of LURITA ALEXIS DOAN (Meriweather, Robin) (Entered: 08/16/2007) |
| 08/16/2007 | 5 | Joint MOTION for Extension of Time to File Response/Reply as to 3 MOTION for Preliminary Injunction by CARTWRIGHT INTERNATIONAL VAN LINES, INC., FOREMOST FORWARDERS, INC., LURITA ALEXIS DOAN (Meriweather, Robin) (Entered: 08/16/2007) |
| 08/16/2007 | | MINUTE ORDER granting 5 Joint Motion for Extension of Time to File Response/Reply re 3 Motion for Preliminary Injunction. Defendant's response is due by no later than August 24, 2007. Plaintiffs' reply is due by no later than September 5, 2007. Signed by Judge Emmet G. Sullivan on August 16, 2007. (lcegs2) (Entered: 08/16/2007) |
| 08/16/2007 | | Set/Reset Deadlines: Responses due by 8/24/2007,Replies due by 9/5/2007. (clv, ) (Entered: 08/16/2007) |
| 08/23/2007 | 6 | Consent MOTION for Extension of Time to File Response/Reply as to 3 MOTION for Preliminary Injunction by LURITA ALEXIS DOAN (Meriweather, Robin) (Entered: 08/23/2007) |
| 08/23/2007 | | MINUTE ORDER granting 6 Consent Motion for Extension of Time to File Response re 3 Motion for Preliminary Injunction. Defendant's response is due by no later than August 29, 2007. Signed by Judge Emmet G. Sullivan on August 23, 2007. (lcegs2) (Entered: 08/23/2007) |
| 08/23/2007 | | Set/Reset Deadlines: Responses due by 8/29/2007 (clv, ) (Entered: 08/23/2007) |
| 08/29/2007 | | (Court only) ***Staff notes (tg, ) (Entered: 08/29/2007) |

| | | |
|---|---|---|
| 08/29/2007 | 7 | MOTION to Dismiss for Lack of Jurisdiction by LURITA ALEXIS DOAN (Attachments: # 1 Exhibit 1 (Bates Decl.)# 2 Exhibit 2 (Fitzgerald Decl.)# 3 Exhibit 3 (Clark Decl.)# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Meriweather, Robin) (Entered: 08/29/2007) |
| 08/29/2007 | 8 | Memorandum in opposition to re 3 MOTION for Preliminary Injunction filed by LURITA ALEXIS DOAN. (Attachments: # 1 Exhibit 1 (Bates Decl.)# 2 Exhibit 2 (Fitzgerald Decl.)# 3 Errata 3 (Clark Decl.)# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Meriweather, Robin) (Entered: 08/29/2007) |
| 09/05/2007 | 9 | ENTERED IN ERROR.....Memorandum in opposition to re 3 MOTION for Preliminary Injunction filed by CARTWRIGHT INTERNATIONAL VAN LINES, INC.. (Attachments: # 1 Declaration # 2 Exhibit # 3 # 4 # 5)(Wohlstetter, Alan) Modified on 9/6/2007 (jf, ). (Entered: 09/05/2007) |
| 09/05/2007 | 10 | Memorandum in opposition to re 7 MOTION to Dismiss for Lack of Jurisdiction filed by CARTWRIGHT INTERNATIONAL VAN LINES, INC.. (Wohlstetter, Alan) (Entered: 09/05/2007) |
| 09/05/2007 | 11 | REPLY to opposition to 3 MOTION for Preliminary Injunction filed by CARTWRIGHT INTERNATIONAL VAN LINES, INC., FOREMOST FORWARDERS, INC.. (Attachments: # 1 Declaration # 2 Exhibit # 3 # 4 # 5)(jf, ) (Entered: 09/06/2007) |
| 09/06/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 9 Memorandum in Opposition, was entered in error and will be refiled by the Clerk's Office. (jf, ) (Entered: 09/06/2007) |
| 09/17/2007 | 12 | REPLY to opposition to motion re 7 MOTION to Dismiss for Lack of Jurisdiction filed by LURITA ALEXIS DOAN. (Meriweather, Robin) (Entered: 09/17/2007) |
| 10/16/2007 | | ORDER The Court, sua sponte, schedules a status hearing for October 25, 2007 at 11:45 a.m. The parties will be expected to address the issue of whether the Court should consolidate the request for a preliminary injunction with a hearing on the merits under F.R.C.P. 65(a)2. The parties will also be expected to address the status of any pending relevant administrative proceedings. Signed by Judge Emmet G. Sullivan on October 16, 2007. (lcegs2) (Entered: 10/16/2007) |
| 10/17/2007 | | Set/Reset Hearings: Status Conference set for 10/25/2007 11:45 AM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 10/17/2007) |
| 10/22/2007 | 13 | Consent MOTION to Continue *October 25, 2007 Status Hearing* by LURITA ALEXIS DOAN (Meriweather, Robin) (Entered: 10/22/2007) |
| 10/24/2007 | | MINUTE ORDER granting 13 Defendant's Motion to Continue Status Hearing. The status hearing set for October 25, 2007 at 11:45 a.m. is VACATED and a new status hearing is scheduled for November 7, 2007 at 12:00 p.m. in Courtroom 24A. The parties will be expected to address the issue of whether the Court should consolidate the request for a |

| | | |
|---|---|---|
| | | preliminary injunction with a hearing on the merits under F.R.C.P. 65(a) 2. The parties will also be expected to address the status of any pending relevant administrative proceedings. Signed by Judge Emmet G. Sullivan on October 24, 2007.(lcegs2) (Entered: 10/24/2007) |
| 10/24/2007 | | Set/Reset Hearings: Status Conference set for 11/7/2007 12:00 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 10/24/2007) |
| 10/30/2007 | | MINUTE ORDER Status Conference is now set for 11/7/2007 at 11:00 AM in Courtroom 24A before Judge Emmet G. Sullivan. PLEASE NOTE THE TIME CHANGE.. Signed by Judge Emmet G. Sullivan on 10/30/07. (clv, ) Modified on 10/30/2007 (clv, ). (Entered: 10/30/2007) |
| 11/07/2007 | | Minute Entry. Proceedings held before Judge Emmet G. Sullivan : Status Conference held on 11/7/2007. Chambers to issue an order. (Court Reporter JACKIE SULLIVAN.) (clv, ) (Entered: 11/07/2007) |
| 11/07/2007 | 14 | NOTICE *of Filing* by CARTWRIGHT INTERNATIONAL VAN LINES, INC. (Attachments: # 1 Supplement Cartwright# 2 Supplement Foremost# 3 Supplement American World CBCA)(Wohlstetter, Alan) (Entered: 11/07/2007) |
| 11/07/2007 | | MINUTE ORDER. Pursuant to the status hearing held in open court on November 7, 2007, the plaintiffs shall file their amended complaint no later than November 9, 2007. Defendant shall submit a status report to the Court relaying defendant's position on the continued forbearance of offsets against plaintiffs by 12:00 p.m. on November 8, 2007. It is further ordered that defendant shall supplement its Motion to Dismiss and address whether this case should be stayed pending resolution of concurrent administrative proceedings no later than November 14, 2007. Plaintiff shall file its response to defendant's motion no later than November 16, 2007. So ordered. Signed by Judge Emmet G. Sullivan on November 7, 2007. (lcegs2) (Entered: 11/07/2007) |
| 11/08/2007 | | Set/Reset Deadlines: Amended Pleadings due by 11/9/2007.,Dispositive Motions due by 11/14/2007.,Response to Dispositive Motions due by 11/16/2007.,Status Report due by 11/8/2007. (clv, ) (Entered: 11/08/2007) |
| 11/08/2007 | 15 | STATUS REPORT by LURITA ALEXIS DOAN. (Attachments: # 1 Exhibit Fitzgerald Declaration)(Meriweather, Robin) (Entered: 11/08/2007) |
| 11/08/2007 | | MINUTE ORDER. In their amended complaint, Plaintiffs are directed to explain with clarity and precision the distinction between the proceedings before the Civil Board of Contract Appeals and the proceedings in this Court. Plaintiffs are expected to clarify why this Court has jurisdiction over this action given the pendency of a related administrative appeal. Signed by Judge Emmet G. Sullivan on November 8, 2007. (lcegs2) (Entered: 11/08/2007) |
| 11/08/2007 | 16 | RESPONSE re 14 Notice (Other) filed by LURITA ALEXIS DOAN. |

| | | |
|---|---|---|
| | | (Meriweather, Robin) (Entered: 11/08/2007) |
| 11/09/2007 | 17 | STATUS REPORT by CARTWRIGHT INTERNATIONAL VAN LINES, INC.. (Wohlstetter, Alan) (Entered: 11/09/2007) |
| 11/09/2007 | 19 | FIRST AMENDED COMPLAINT against LURITA ALEXIS DOAN filed by CARTWRIGHT INTERNATIONAL VAN LINES, INC., FOREMOST FORWARDERS, INC..(nmw, ) (Entered: 11/13/2007) |
| 11/13/2007 | 18 | NOTICE by CARTWRIGHT INTERNATIONAL VAN LINES, INC. (Attachments: # 1 Supplement Att 1-10# 2 Supplement Continuation Att 1# 3 Supplement IS-13 solicitation# 4 Supplement IS16 solicitation# 5 Supplement IS19 solicitation)(Wohlstetter, Alan) (Entered: 11/13/2007) |
| 11/14/2007 | 20 | MOTION to Dismiss for Lack of Jurisdiction, MOTION to Transfer Case by LURITA ALEXIS DOAN (Attachments: # 1 Exhibit Bates Affidavit# 2 Exhibit Fitzgerald Decl.# 3 Exhibit Clark Decl.# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Meriweather, Robin) (Entered: 11/14/2007) |
| 11/16/2007 | 21 | Memorandum in opposition to re 20 MOTION to Dismiss for Lack of Jurisdiction MOTION to Transfer Case filed by CARTWRIGHT INTERNATIONAL VAN LINES, INC.. (Wohlstetter, Alan) (Entered: 11/16/2007) |
| 11/19/2007 | | MINUTE ORDER directing defendant to reply to plaintiffs' 21 Opposition to Defendant's 20 Motion to Dismiss. Defendant's reply shall be filed no later than November 23, 2007 at 12:00 p.m. Signed by Judge Emmet G. Sullivan on November 19, 2007. (lcegs2) (Entered: 11/19/2007) |
| 11/19/2007 | | Set/Reset Deadlines: Reply to Dispositive Motions due by 12:00 p.m. on 11/23/2007. (clv, ) (Entered: 11/19/2007) |
| 11/21/2007 | 22 | REPLY to opposition to motion re 20 MOTION to Dismiss for Lack of Jurisdiction MOTION to Transfer Case filed by LURITA ALEXIS DOAN. (Meriweather, Robin) (Entered: 11/21/2007) |
| 11/26/2007 | 23 | MOTION for Leave to File by CARTWRIGHT INTERNATIONAL VAN LINES, INC. (Attachments: # 1 Supplement Plaintiffs' Response Defendant's Reply in Support of Motion to Dismiss)(Wohlstetter, Alan) (Entered: 11/26/2007) |
| 11/26/2007 | | MINUTE ORDER granting 23 plaintiff's Motion for Leave to File. Defendant may file a final reply of no more than 2 pages to respond to plaintiffs' most recent pleading. If the government chooses to reply, its reply shall be filed by no later than November 27, 2007 at 12:00 p.m. The parties are advised that no additional pleadings shall be filed. Signed by Judge Emmet G. Sullivan on November 26, 2007. (lcegs2) (Entered: 11/26/2007) |
| 11/26/2007 | | Set/Reset Deadlines: Replies due by 11/27/2007. (clv, ) (Entered: 11/26/2007) |
| 11/26/2007 | 24 | REPLY to opposition to motion re 20 MOTION to Dismiss for Lack of |

| | | |
|---|---|---|
| | | Jurisdiction MOTION to Transfer Case filed by LURITA ALEXIS DOAN. (Meriweather, Robin) (Entered: 11/26/2007) |
| 11/26/2007 | 25 | SURREPLY to re 20 MOTION to Dismiss for Lack of Jurisdiction MOTION to Transfer Case filed by CARTWRIGHT INTERNATIONAL VAN LINES, INC.. (jf, ) (Entered: 11/27/2007) |
| 11/30/2007 | 26 | ENTERED IN ERROR.....MOTION for Temporary Restraining Order by CARTWRIGHT INTERNATIONAL VAN LINES, INC. (Attachments: # 1 Supplement)(Wohlstetter, Alan) Modified on 12/3/2007 (jf, ). (Entered: 11/30/2007) |
| 11/30/2007 | 27 | MOTION for Temporary Restraining Order by CARTWRIGHT INTERNATIONAL VAN LINES, INC. (Attachments: # 1 Supplement # 2 Supplement Certificate of Counsel)(Wohlstetter, Alan) (Entered: 11/30/2007) |
| 11/30/2007 | | MINUTE ORDER scheduling a hearing on plaintiff's Motion for a Temporary Restraining Order. A hearing shall be held on December 5, 2007 at 4:30 p.m. in Courtroom 24A. Signed by Judge Emmet G. Sullivan on November 30, 2007. (lcegs2) (Entered: 11/30/2007) |
| 12/03/2007 | | Set/Reset Hearings: Motion Hearing set for 12/5/2007 04:30 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 12/03/2007) |
| 12/03/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 26 MOTION for Temporary Restraining Order was entered in error and refiled by Counsel. (see docket entry 27 to view document) (jf, ) (Entered: 12/03/2007) |
| 12/03/2007 | | (Court only) Motions terminated: 26 MOTION for Temporary Restraining Order filed by CARTWRIGHT INTERNATIONAL VAN LINES, INC.. (jf, ) (Entered: 12/03/2007) |
| 12/03/2007 | 28 | Memorandum in opposition to re 27 MOTION for Temporary Restraining Order filed by LURITA ALEXIS DOAN. (Attachments: # 1 Bates Decl.# 2 Fitzgerald Decl.# 3 Clark Decl.# 4 1/23/07 Letter (Exh. 4))(Meriweather, Robin) (Entered: 12/03/2007) |
| 12/04/2007 | 29 | REPLY to opposition to motion re 27 MOTION for Temporary Restraining Order filed by CARTWRIGHT INTERNATIONAL VAN LINES, INC.. (Attachments: # 1 Exhibit Attachments 1 to 6) (Wohlstetter, Alan) (Entered: 12/04/2007) |
| 12/05/2007 | 30 | ORDER denying 3 Plaintiffs' Motion for Preliminary Injunction; denying 7 Defendant's Motion to Dismiss for Lack of Jurisdiction; denying 20 Defendant's Motion to Dismiss for Lack of Jurisdiction; granting Defendant's Motion to Transfer Case 20 . Signed by Judge Emmet G. Sullivan on December 5, 2007.(lcegs2) (Entered: 12/05/2007) |
| 12/05/2007 | 31 | MEMORANDUM AND OPINION. Signed by Judge Emmet G. Sullivan on December 5, 2007. (lcegs2) (Entered: 12/05/2007) |

| | | |
|---|---|---|
| 12/05/2007 | ◕ | MINUTE ORDER: The Court sua sponte VACATES the Motions Hearing scheduled for today, December 5, 2007 at 4:30 p.m. For the reasons articulated in this Court's December 5, 2007 Memorandum Opinion, Plaintiff's Motion for a Temporary Restraining Order is DENIED. So ordered. Signed by Judge Emmet G. Sullivan on December 5, 2007. (lcegs2) Modified title of entry on 12/6/2007 (nmw, ). (Entered: 12/05/2007) |
| 12/05/2007 | ◕ | (Court only) ***Civil Case Terminated. (clv, ) (Entered: 12/05/2007) |
| 03/20/2008 | ◕ | Case transferred out to the USDC of U.S. Court of Federal Claims, pursuant to Court Order entered 12/05/07. Sent to Court by regular mail. (jf, ) (Entered: 03/20/2008) |