IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARTWRIGHT INTERNATIONAL VAN LINES, INC., et al., | ) | |
| Plaintiffs, | ) | No. 08-229C (Judge Horn) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Courtney E. Sheehan, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Courtney E. Sheehan
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12036
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-7995
Facsimile: (202) 514-8624
E-mail: Courtney.Sheehan@usdoj.gov

Dated: April 22, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on the 22nd day of April, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Courtney E. Sheehan