IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Cartwright International Van Lines, Inc., et al., | ) |
| Plaintiffs | ) |
| v. | ) No. 08-229C |
| The United States, | ) |
| Defendant | ) |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Cartwright International Van Lines, Inc., et al., by their undersigned attorney, hereby dismiss this action without prejudice pursuant to Rule 41(a) (1) of the Court of Federal Claims.

This case has been transferred from the United States District Court for the District of Columbia, Case No. 07-1454(EGS). As grounds for voluntary dismissal, we state that defendant has not served an answer or motion for summary judgment and plaintiffs have not previously dismissed an action based on this claim in any court of the United States.

Respectfully submitted,

/s/Alan F. Wohlstetter

Alan F. Wohlstetter
DENNING & WOHLSTETTER
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorneys for Plaintiffs
Cartwright International Van Lines, Inc.,
Foremost Forwarders, Inc.

Dated: April 23, 2008