# In the United States Court of Federal Claims

* * * * * * * * * * * * * *
*
**CARTWRIGHT INTERNATIONAL VAN LINES, INC., et al.,** *
*
**Plaintiff,** *
**v.** *
*
**UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * *

**No. 08-229C**
**Filed: April 23, 2008**

**O R D E R**

The court is in receipt of the plaintiffs' April 23, 2008, Notice of Voluntary Dismissal, without prejudice. Pursuant to plaintiffs' voluntary dismissal and Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the claims in the above-captioned case are, hereby, **DISMISSED**, without prejudice, with each party to bear its own costs, expenses and attorney's fees. The clerk's office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**