# In the United States Court of Federal Claims

**No. 08-229 C**

**CARTWRIGHT INTERNATIONAL VAN LINES, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed April 23, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the complaint is dismissed, without prejudice, with each party to bear its own costs, expenses and attorney's fees.

John S. Buckley
Acting Clerk of Court

April 23, 2008 By: s/ Debra L. Samler

Deputy Clerk